THOMAS C. HUGHES, Respondent, v. CLAUDE EDDY et al., Appellants.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

BARBARA HUGHES, Respondent, v. CLAUDE EDDY et al., Appellants.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

IRENE C. ALBRIGHT et al., Respondents-Appellants, v. JEFFERSON COUNTY NATIONAL BANK, Appellant-Respondent.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

LEO SMITH, Respondent, et al., Plaintiffs, v. GENERAL SCHUYLER FIRE INSURANCE COMPANY et al., Appellants.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

GERARD SMALDONE, Respondent, v. KURLASH COMPANY, INC., Appellant.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

FRED BULL, Respondent-Appellant, v. RUTH S. TILL, Appellant-Respondent.

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

LOUIS STEMMER et al., Respondents, v. ANDREW DRAZEK et al., Appellants.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

ALFRED CARVETH, Appellant, v. MARY CARVETH, Respondent.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.